BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Deputy Chief, Riverside Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6945
     Facsimile: (951) 276-6202
     Email:    Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-mj-500-DUTY |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS 18 U.S.C. § 372 CHARGE IN COMPLAINT WITHOUT PREJUDICE |
| v. | |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Cory L. Burleson, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the second charge against all defendants in the complaint of the above-captioned case, which charges a violation of 18 U.S.C. § 372, conspiring to prevent, by force and intimidation, a federal officer from discharging his duties.

///

///

The United States requests that this dismissal be without prejudice.  Counsel for the United States notified defendants' counsel of this motion, and defendants' counsel advised that the defendants do not oppose this motion.

Dated: August 14, 2025         Respectfully submitted,

                                                BILAL A. ESSAYLI
                                                Acting United States Attorney

                                                CHRISTINA T. SHAY
                                                Assistant United States Attorney
                                                Chief, Criminal Division

                                                PETER DAHLQUIST
                                                Assistant United States Attorney
                                                Chief, Riverside Office

                                                /s/ Cory L. Burleson
                                                CORY L. BURLESON
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA