BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
PETER DAHLQUIST
Assistant United States Attorney
Chief, Riverside Office
CORY L. BURLESON (Cal. Bar No. 322239)
Assistant United States Attorney
Deputy Chief, Riverside Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6945
     Facsimile: (951) 276-6202
     Email:     Cory.Burleson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:25-mj-500-DUTY |
|---|---|
| Plaintiff, | UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE |
| v. | |
| JOSE DE JESUS ORTEGA and DANIELLE NADINE DAVILA, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Cory L. Burleson, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in the above-captioned case, which charges defendants with forcibly assaulting, impeding, and interfering with a federal officer involving physical contact, in violation of 18 U.S.C. § 111(a)(1).  On August 14, 2025, the Honorable David T. Bristow, United States Magistrate Judge, dismissed the second count of the complaint on motion by the United States.

1    The United States requests that this dismissal of the Complaint
2 be without prejudice.  Counsel for the United States contacted
3 defendants' counsel via phone about this motion, and defendants'
4 counsel advised that defendants do not oppose this motion.

5  Dated: August 15, 2025            Respectfully submitted,

6                                    BILAL A. ESSAYLI
                                     Acting United States Attorney

                                     CHRISTINA T. SHAY
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     PETER DAHLQUIST
                                     Assistant United States Attorney
                                     Chief, Riverside Office

                                     /s/ Cory L. Burleson
                                     ─────────────────────────────
                                     CORY L. BURLESON
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA